

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00222-CR

_____

DEMETRIUS TRANELL WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 12-0203X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Demetrius Tranell Williams, appellant, has filed with this Court a motion to dismiss his appeal. The motion was signed by both Williams and his counsel in compliance with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.

Jack Carter
Justice

Date Submitted:     November 26, 2013
Date Decided:      November 27, 2013

Do Not Publish